UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL WRIGHT,

Plaintiff,

v.

ANTHONY AMENT and EVERLAST LOGISTICS,

Defendants.

26-CV-9205 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The initial status conference scheduled for November 20, 2026, is adjourned *sine die* in light of the parties' participation in mediation. The parties are directed to submit a joint status letter to the Court within one week after the completion of mediation.

SO ORDERED.

Dated: October 26, 2026
New York, New York

Ronnie Abrams
United States District Judge